UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FRANK WEBER,                      )
                                  )
            Plaintiff,            )
                                  )
      vs.                         )      Case No. 4:11CV429 CDP
                                  )
ROBERT CARMONA, et al.,           )
                                  )
            Defendants.           )

## MEMORANDUM AND ORDER

This matter is before me on defendants' motion to consolidate this case with

Mary Weber v. Robert Carmona, et al., Cause Number 4:11CV432 DDN, currently

pending in this Court before the Honorable David D. Noce, and Tabitha Burnia v.

Robert Carmona, et al., Cause Number 4:11CV433 FRB, currently pending before

the Honorable Frederick R. Buckles. Plaintiffs consent to consolidation. Because

these cases involve the same defendants as well as related factual and legal issues,

the motion to consolidate will be granted.

The scheduling conference remains set for April 22, 2011, and the Order

Setting Rule 16 conference applies to all consolidated cases. The joint proposed

scheduling plan should include a statement about whether plaintiffs intend to file

an amended consolidated complaint.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to consolidate [#10] is granted.

**IT IS FURTHER ORDERED** that this case is consolidated with <u>Mary Weber v. Robert Carmona, et al.</u>, Cause Number 4:11CV432 DDN, and <u>Tabitha Burnia v. Robert Carmona, et al.</u>, Cause Number 4:11CV433 FRB, for all purposes.

**IT IS FURTHER ORDERED** that from this date forward all papers shall be filed in this case only, that no further pleadings or papers be filed in Cause Numbers 4:11CV432 DDN and 4:11CV433 FRB, and that Cause Numbers 4:11CV432 DDN and 4:11CV433 FRB are administratively closed.

**IT IS FURTHER ORDERED** that plaintiffs shall file a response to defendants' motion to allow salvage [#9] by March 28, 2011.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of March, 2011.