UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRANK WEBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV429 CDP |
| ) | |
| ROBERT CARMONA, et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

Having carefully considered defendant's motion and plaintiffs' opposition,

**IT IS HEREBY ORDERED** that defendant's motion to allow salvage [#9] is denied without prejudice to being refiled after the close of discovery.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to appear pro hac vice [#13] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of March, 2011.